[50 NE3d 913, 31 NYS3d 446]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RONNELL JORDAN, Appellant.

Decided March 29, 2016

### APPEARANCES OF COUNSEL

*White & Case LLP*, New York City (*Kevin C. Adam, James Trainor* and *Louis O'Neill* of counsel), and *Lynn W.L. Fahey, Appellate Advocates*, New York City, for appellant.

*Kenneth P. Thompson, District Attorney*, Brooklyn (*Amy Appelbaum* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant failed to preserve his contention that the trial court discharged prospective jurors based on hardship without conducting a sufficient inquiry (*see People v King*, 27 NY3d 147 [2016] [decided herewith]). Defendant's remaining contentions are without merit.

RIVERA, J. (dissenting). For the reasons stated in my dissenting opinion in *People v King* (27 NY3d 147 [2016] [decided herewith]), I would reverse the order of the Appellate Division

on the sole ground that the judge's jury selection process denied defendant his right to a jury trial.

Judges PIGOTT, ABDUS-SALAAM, STEIN and FAHEY concur; Judge RIVERA dissents in an opinion; Chief Judge DIFIORE and Judge GARCIA taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.